AO 241
(Rev. 12/04)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: |
|---|---|

| Name (under which you were convicted): Keith M. Ericson | Docket or Case No.: MICR-2011-00062 |
|---|---|
| Place of Confinement: Old Colony Correctional Center | Prisoner No.: W#99429 |

Petitioner (include the name under which you were convicted) **Commonwealth**
v.
Respondent (authorized person having custody of petitioner) **Keith M. Ericson**

The Attorney General of the State of **Massachusetts**

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   **Woburn Superior Court**

   (b) Criminal docket or case number (if you know): **MICR-2011-CR-00062**

2. (a) Date of the judgment of conviction (if you know):

   (b) Date of sentencing: **10-18-2011 ?**

3. Length of sentence: **10 to 20 yrs. with 10 yrs. probation from and after**

4. In this case, were you convicted on more than one count or of more than one crime?  ☑ Yes  ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: **Posing a child nude, possession of obscene material**

6. (a) What was your plea? (Check one)
   ☑ (1) Not guilty     ☐ (3) Nolo contendere (no contest)
   ☐ (2) Guilty         ☐ (4) Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? they said that I pled not guilty to the 001 posing charge And that I plead guilty for the 002 charge possession of pornography But in all actuality I pled "NOT guilty" for Both charges....

(c) If you went to trial, what kind of trial did you have? (Check one)
☑ Jury    ☐ Judge only

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
☐ Yes    ☑ No

8. Did you appeal from the judgment of conviction?
☑ Yes    ☐ No

9. If you did appeal, answer the following:
(a) Name of court: Massachusetts Appeals Court And S.J.C.
(b) Docket or case number (if you know): MICR 2011-CR-00062
(c) Result: denied
(d) Date of result (if you know): 2019 And just Recently July 2020
(e) Citation to the case (if you know): 
(f) Grounds raised: that the judge offered me 10 yrs. probation @ pretrial. For the 001 charge And then with no upper departure this Now Retired Judge Sandra hamlin gave me a 10-20 year sentence with Absolutely No explanation on why she offers me 10 yrs. probation pretrial And then gives me the maximum sentence 10 to 20 yrs. after trial and offers me 3,3 and a day for the 002 charge. this more than Clearly violates my 14th Amendment Right to a fair trial
(g) Did you seek further review by a higher state court? ☑ Yes    ☐ No And my Right to due process
If yes, answer the following:
(1) Name of court: Supreme Judicial Court of the comm. of mass.
(2) Docket or case number (if you know): 
(3) Result: denied

(4) Date of result (if you know): July 2020

(5) Citation to the case (if you know): MiCR 2011-00062

(6) Grounds raised:

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: S.J.C.

(2) Docket or case number (if you know): 2019-P-0313

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised: The SEARCH WARRANT RETURN CONTAINED FALSE STATEMENTS AND that THERE WAS ABSOLUTELY NO WITNESS to WITNESS the SEARCH WARRANT RETURN; theREFORE RENDERING the SEARCH A WARRANTLESS SEARCH

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?
☐ Yes   ☑ No

(7) Result: denied

(8) Date of result (if you know):

AO 241 (Rev. 12/04)

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: MASS. Appeals court

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised: FOR denied motion FOR A NEW tRIAL ALL grounds and issues that ARE RAISED HERE: that the judge offered me 10 years probation at my pretrial hearing but then AFTER convicted I WAS given the maximum 20 years sentence But was not given AN upper departure which is a violation of my 14th Amendment which is my ground one Arguement, A more than clear violation of my right to a FAIR trial and also my right to due process!!! please see ground one "Also they did A warrantless search on my cellphone, How there was no pics Nude sent to or from the victims cellphone, That with NO upper departure- it was AN illegal sentence

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: denied

(8) Date of result (if you know): ?

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court:

(2) Docket or case number (if you know):

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised:

◈AO 241
(Rev. 12/04)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☒ No

(7) Result: denied

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:  ☐ Yes  ☒ No

(2) Second petition: ☐ Yes  ☐ No

(3) Third petition:  ☐ Yes  ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not: the timeline had expired

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE: That my 14th Amendment was violated when my Right to a fair trial and my Right to due process were violated

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): The now Retired Judge Sandra Hamlin offered me ten years probation at colloquy pretrial for the 001 charge of posing nude a minor, but then after I was convicted - she gave me the maximum sentence of 10 to 20 years with absolutely no explanation on why she went to such an extreme jump from 10 years probation up to 20 years, all she said was the reasons for this defendant's sentence was not because he decided to excercise his right for trial and that is not an explanation why she offers me so very very much of a lesser sentence of 10 yrs. probation and then after I was convicted she gives me a 10 to 20 year sentence. Even my trial Attorney told me that the maximum that I would recieve was a five year sentence, 5,5 yrs. and a day he told me. How does without an explanation does a

(b) If you did not exhaust your state remedies on Ground One, explain why: Judge offer a defendant

cont. on extra page #1)

AO 241                        Page 7
(Rev. 12/04)

  (c)     **Direct Appeal of Ground One:**

        (1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

        (2) If you did not raise this issue in your direct appeal, explain why:

  (d) **Post-Conviction Proceedings:**

        (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

            ☐ Yes   ☑ No

        (2) If your answer to Question (d)(1) is "Yes," state:

        Type of motion or petition:

        Name and location of the court where the motion or petition was filed:

        Docket or case number (if you know):

        Date of the court's decision:

        Result (attach a copy of the court's opinion or order, if available):

        (3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

        (4) Did you appeal from the denial of your motion or petition?   ☑ Yes   ☒ No

        (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☒ No

        (6) If your answer to Question (d)(4) is "Yes," state:

        Name and location of the court where the appeal was filed:

        Docket or case number (if you know): **2019 - P - 0313**

        Date of the court's decision:

        Result (attach a copy of the court's opinion or order, if available):

        (7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241 (Rev. 12/04)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One:

"They did a WARRANTLESS SEARCH with NOONE to witness the search!!"

GROUND TWO: That the police officer Matthew CREAMER Lied on his Return of 1053 swill search warrant and never made copies nor did he ever even locate any evidence before he returned his search warrant making the search a WARRANTLESS SEARCH.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): As said above on ground two I want to be more than perfectly CLEAR when I state that I am not here to argue the 7 day execution period, for that was already argued by my attorney on my Appeal. For my argument is Brand NEW, it is; that OFC. CREAMER lied on the return of his Search WARRANT even altering a legal document of the comm. of mass. (Please see exhibit 1A) By crossing out the 7 and putting a 4 and also he puts a false time of 10:00 A.M. For as you can more than clearly see on exhibit 1B that he not only did not even contact OFC. Schwab until 2 days AFTER 10-4-2010 but also he was informed on 10-6-2010 that he did "NOT" even possess the proper

(b) If you did not exhaust your state remedies on Ground Two, explain why:

PLEASE go to EXTRA PAGE #2.)

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☐ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☐ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

**GROUND THREE:** That only text messages and no photo's were sent to or from the victims phone and "not" was not enough to encourage

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): when asked by the victim or the victims boyfriend "Clothes or not"? And text messaged back "not" is more than clearly "not enough" to encourage a minor to pose nude, "also" no nude pics were ever sent to or from the victims phone and "not" was the last text message to be recieved by the minor or her B.F. the rest of the text messages were sent to Adult policemen and "not" the minor. Please see Exhibit 5A where they both agree that there needs to be a child (please go to extrapage #3

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes   ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): 2019-P-0313

Date of the court's decision: 7-11-2020 ? OR 7-31-2020 ?

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☑ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☑ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

**GROUND FOUR:** That my PRETRIAL motion #14 WAS NEVER heard until 10 months after WAS CONVICTED therefore violating my 14th Amendment

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): "my Right to a fair trial" AND "my Right to due process" were violated by not only not hearing my pretrial motion #14 motion to discover for all discoverable evidence — 10 months after I was convicted the Now Retired Judge Sandra L. Hamlin denied this very motion and this defendant strongly feels that she was vindictive, And also this constitutes a Brady v. Maryland violation along with a Melendez-Diaz violation —...

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes  ☑ No

(2) If you did not raise this issue in your direct appeal, explain why: my Appeals Attorney did "NOT" want to Argue this issue

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
  ☐ Yes  ☑ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☒ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☒ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☒ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: the Appeals Courts

Docket or case number (if you know): ?

Date of the court's decision: ?

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

my motion for new trial I did raise this issue on Appeal, but they told me that I was A day late in my filing, Which is Wrong, please see my docket entry sheet, please?

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☑ Yes ☐ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☐ Yes ☑ No

   If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: dANiEL FlAhERty 28 McGrath highway SOMERVILLE, MASS. 02143

(b) At arraignment and plea: A.J. BlANK

(c) At trial: dANiEL FlAhERty SAME AS ABOVE

(d) At sentencing: SAME AS ABOVE

(e) On appeal: MR. Michael NAM-KRANE

(f) In any post-conviction proceeding: PRO-SE

(g) On appeal from any ruling against you in a post-conviction proceeding: PRO-SE

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?  ☐ Yes  ☑ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?  ☐ Yes  ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

my motion FOR A NEW tRiAl WAS deNied Less than A yEAR Ago, ANd that's what this motion is All About!

I only want to further state that my Constitutional Rights have more than clearly Been Violated and if you just take the time to view my documents you will be more than clearly able to SEE that my constitutional Rights have Been Violated and if you take your time and Read the Grounds correctly and also the documents enclosed with the extra paper enclosed.

Also this defendant wants to ask this Federal Court to allow this defendant to file a Non-Conforming Application for defendant Keith M. Ericson d.o.b. 11-13-1962 S.S.# 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 on 8-28-2020 due to not having access to the law library for the past 5 months and also due to the Carona Virus I need to be given An Attorney to help me with my Case, please.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)  A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

   (A)  the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

   (B)  the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

   (C)  the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

   (D)  the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 01/15)           Page 16

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: **Grant my motion for a new trial and/or just give me time served. I am willing to take time served for a lesser charge of ch. 279 § 6 and for this I** or any other relief to which petitioner may be entitled. **Pray for only....**

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **8-27-2020** (month, date, year).

Executed (signed) on **8/26/2020** (date).

_____
Signature of Petitioner — Keith M. Eaton PRO SE'

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.